UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO<br><br>    Plaintiff,<br><br>-against-<br><br>7 WILLOW STREET CAFÉ LLC,<br><br>    Defendants. | 24-CV-4461 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As per my Order dated September 19, 2024 (ECF 11), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by October 21, 2024. The parties have not complied.

  I am sua sponte extending the deadline nunc pro tunc until **Friday, October 25, 2024, at 5:00 PM.**

DATED:  New York, New York
      October 22, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge