UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO<br><br>                    Plaintiff,<br><br>    -against-<br><br>7 WILLOW STREET CAFÉ LLC,<br><br>                    Defendants. | 24-CV-4461 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The case management plan (ECF 15) requires the parties to make monthly joint updates on the status of discovery. The parties have not filed the update that was due on November 21, 2024. I am sua sponte extending the deadline for the update nunc pro tunc until **November 27, 2024, at 5:00 PM**.

DATED:    New York, New York
          November 25, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge