UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO<br><br>                  Plaintiff,<br><br>-against-<br><br>7 WILLOW STREET CAFÉ LLC,<br><br>                  Defendants. | 24-CV-4461 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        The case management plan (ECF 15) requires the parties to make monthly joint updates on the status of discovery. The parties have not filed the update that was due on February 21, 2025. Further, fact discovery was scheduled to be completed by February 24, 2025. I am sua sponte extending the deadline for the update nunc pro tunc until **5:00 PM on February 27, 2025**. The parties' joint status letter must confirm whether fact discovery has been completed and, if not, identify the fact discovery that remains outstanding, with an explanation for the delay. The letter must also set out the schedule for depositions of expert witnesses, if there is to be any such discovery. The letter must also address whether a Court-annexed mediation or settlement conference would be productive at this time.

DATED:    New York, New York
               February 24, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge